UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION<br><br>MDL No. 1775 | ) )<br>) 06-MD-1775 (CBA) (VVP)<br>) )<br>) )<br>) )<br>) ) |

CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Association de Utilisateurs de Transport de Fret ("AUTF") makes the following Corporate Disclosure Statement:

1. AUTF has no parent company.

2. No public entity owns 10% of the stock of AUTF.

Date: May 4, 2007

Respectfully submitted,

By: /s/ Michael D. Hausfeld
Michael D. Hausfeld
Charles E. Tompkins
Andrew B. Bullion
Hilary K. Ratway
Andrea L. Hertzfeld
**COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC**
1100 New York Avenue NW
West Tower, Suite 500
Washington, DC 20005
(202) 408-4600

## CERTIFICATE OF SERVICE

I, Andrew B. Bullion, hereby certify that a true and correct copy of the Corporate Disclosure Statement of Association de Utilisateurs de Transport de Fret was served on all parties registered in the above-captioned matter via the Court's ECF system.

_____
Andrew B. Bullion