## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AIR CARGO SHIPPING SERVICES ANTITRUST LITIGATION ) ) ) | ) ) )    06-MD-1775 (CBA) (VVP) |
| MDL No. 1775 | ) ) ) ) ) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION DES UTILISATEURS DU TRANSPORT DE FRET, | ) ) )    Case No. 06-01046 |
| Plaintiff, | )    Kennedy, J. ) |
| v. | ) ) |
| ACE AVIATION HOLDINGS, INC., et al. | ) ) ) ) |

### CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Association de Utilisateurs de Transport de Fret ("AUTF") makes the following Corporate Disclosure Statement:

1.    AUTF has no parent company.

2.    No public entity owns 10% of the stock of AUTF.

Date: May 9, 2007                      Respectfully submitted,


                                By:   /s/ Michael D. Hausfeld
                                Michael D. Hausfeld
                                Charles E. Tompkins
                                Andrew B. Bullion
                                Hilary K. Ratway
                                Andrea L. Hertzfeld
                                **COHEN, MILSTEIN, HAUSFELD &**
                                **TOLL, PLLC**
                                1100 New York Avenue NW
                                West Tower, Suite 500
                                Washington, DC 20005
                                (202) 408-4600

## CERTIFICATE OF SERVICE

I, Andrew B. Bullion, hereby certify that a true and correct copy of the Corporate

Disclosure Statement of Association de Utilisateurs de Transport de Fret was served on

all parties registered in the above-captioned matter via the Court's ECF system.

Andrew B. Bullion